# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| April Sims | Case No:  3:10-cv-2941 |
| Plaintiff | Judge Carr<br>Magistrate Armstrong |
| Vs. | <u>MOTION TO WITHDRAW AS COUNSEL</u> |
| Charter One Bank | Lafe Tolliver (0023725)<br>Counsel for Plaintiff<br>316 North Michigan #514 |
| Defendant | Toledo, OH 43604<br>419-249-2703<br>email: Tolliver@Juno.com |

Now comes legal counsel for the above captioned Plaintiff

and request an order from this court allowing counsel

to withdraw as counsel of record.

Counsel states for his reasons that the Plaintiff

has been unresponsive to many mailers and telephone calls

and has for all intensive purposes, disappeared.

Furthermore, for weeks, counsel has attempted to call

the number(s) provided by the Plaintiff but all go

to voice mail and there has been no responses from the

Plaintiff.

Counsel is unable to proceed with this case due to the

disappearance of the Plaintiff. Mails to sent to her

last known address do not come back as being undeliverable

and as such, counsel is unable to ascertain the whereabouts of the Plaintiff.

WHEREFORE, Counsel for the Plaintiff prays for an order allowing him to withdraw from any further representation of the Plaintiff.

Respectfully submitted,


/s/Lafe Tollliver, Attorney



### NOTICE OF SERVICE

A copy of same was sent to Atty. Kelly W. Michaud at
6100 Oak Tree Blvd #400, Cleveland, OH 44131 and via
e mail to: Kelli.Michaud@jacksonlewis.com and via the
court's electronic notification system.


/s/Lafe Tolliver, Atty